# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2014

Robert P. Young, Jr.,
Chief Justice

146521

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                       SC: 146521
                                       COA: 300959
                                       Kent CC: 09-011041-FC

JASON LEE SHAVER,
     Defendant-Appellant.

_____/

     On order of the Court, leave to appeal having been granted and the briefs and oral arguments of the parties having been considered by the Court, we VACATE our order of September 20, 2013. The application for leave to appeal the December 4, 2012 judgment of the Court of Appeals is DENIED, because we are no longer persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2014



                             Clerk

t0121